# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRENDA STOKES WILSON,
                Appellant,
vs.
THE STATE OF NEVADA,
                Respondent.

No. 70413

**FILED**

JUL 1 1 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order denying a presentence motion to withdraw guilty plea. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

After the initial review of this appeal revealed a jurisdictional defect, we directed appellant's counsel to show cause why this appeal should not be dismissed for lack of jurisdiction. *See Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990) (right to appeal is statutory; where no statute or court rule provides for an appeal; no right to appeal exists). Appellant's counsel has filed a response to our show-cause order, but has failed to demonstrate cause to allow this appeal to proceed. An order denying a presentence motion to withdraw a guilty plea is not an appealable order; the decision may be challenged on appeal from the judgment of conviction. *See Hargrove v. State*, 100 Nev. 498, 686 P.2d 222 (1984). Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

16-21367

cc:   Hon. Kathleen E. Delaney, District Judge
Christopher R. Oram
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Brenda Stokes Wilson